MELISSA W. COOK, ESQ.; SBN 134791      JS-6
mwccoast@aol.com
KERRY K. FENNELLY, ESQ.; SBN 232621
kkfennelly@sbcglobal.net
MELISSA W. COOK & ASSOCIATES
3444 Camino del Rio North, Suite 106
San Diego, California 92108
Telephone: (619) 280-4302
Facsimile: (619) 280-4304

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOARD OF TRUSTEES OF THE LOCAL UNION 1710 I.B.E.W. WELFARE FUND; BOARD OF TRUSTEES OF THE LOCAL UNION 1710 I.B.E.W. PENSION FUND, | Case No. CV 11-09822 PA (PLAx) |
| Plaintiffs, | ORDER RE VOLUNTARY DISMISSAL OF ACTION |
| v. | |
| LIGHTECH, INC., a California corporation, | Complaint Filed: November 28, 2011 |
| Defendant. | |

IT IS SO ORDERED that the voluntary dismissal of the above-captioned action is hereby entered as requested as to Defendant LIGHTECH, INC., a California corporation without prejudice.

Dated: January 11, 2012

_____
HONORABLE PERCY ANDERSON
UNITED STATE DISTRICT COURT JUDGE

KKF/ldt/0929.10(B).wpd

[Proposed] Order Re Voluntary Dismissal of Action      Case No. CV 11-09822 PA (PLAx)